UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 1:20-cv-11217-FDS<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO CANCEL STATUS CONFERENCE**

The United States respectfully requests that the Court cancel the status conference scheduled for May 5, 2021.  The parties have conferred and believe that there are no issues that currently require intervention from the Court.

Defendant Regeneron assents to the relief sought.

Dated:  May 4, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　NATHANIEL R. MENDELL
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Evan D. Panich
　　　　　　　　　　　　　　　　　　　　EVAN D. PANICH
　　　　　　　　　　　　　　　　　　　　DAVID G. LAZARUS
　　　　　　　　　　　　　　　　　　　　LINDSEY ROSS
　　　　　　　　　　　　　　　　　　　　ABRAHAM R. GEORGE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 748-3100
　　　　　　　　　　　　　　　　　　　　evan.panich@usdoj.gov
　　　　　　　　　　　　　　　　　　　　david.lazarus2@usdoj.gov
　　　　　　　　　　　　　　　　　　　　lindsey.ross@usdoj.gov
　　　　　　　　　　　　　　　　　　　　Abraham.George@usdoj.gov