UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>*Defendant.* | **Civil Action No.**<br>**20-11217-FDS** |

**JOINT STATUS REPORT**

The parties jointly submit this brief status report in advance of the conference scheduled for Monday, March 14, 2022, at 3:30 p.m., to assist the Court with understanding the current status and likely timing of the remaining discovery.

**Pending Motions**

The following fully-briefed motions are currently pending before the Court:

1. Regeneron's Motion to Determine the Sufficiency of the United States' Responses to Requests for Admission or, in the Alternative, for Leave to Serve Five Revised Requests for Admission. *See* ECF Nos. 105 (Mot.), 106 (Supporting Mem.), 114 (Opp.), and 130 (Reply).

2. United States' Motion to Determine the Sufficiency of Regeneron's Responses to Requests for Admission 4 and 6. *See* ECF Nos. 124 (Mot.), 125 (Supporting Mem.), and 126 (Opp.).

3. United States' Motion for a Protective Order Quashing Certain Topics of Defendant's Notice of Deposition under Fed. R. Civ. P. 30(b)(6). *See* ECF Nos. 127 (Mot.), 128 (Supporting Mem.), and 134 (Opp.).

If the Court denies the United States' Motion for Protective Order, then the parties will need to schedule time for Regeneron to depose a representative witness on the eleven Rule 30(b)(6) deposition topics at issue in that motion.

**Remaining Depositions**

Regeneron has agreed to make three additional witnesses available for deposition on the following dates: Cathy Casey (3/16/22), Beth Holly (3/22/22), and James Gibney (3/30/22).

Subject to a government-requested meet and confer and satisfying the *Touhy* regulations for witnesses employed by the U.S. Department of Justice, the United States has agreed to make two additional witnesses available for deposition on the following dates: OIG Agent Erin Fuller (3/28/22) and Former FBI SA Cynthia Lefevre (4/1/22). The United States has also promised a deposition date for OIG Agent Steven Sawyer. The parties are discussing whether FBI SA Christopher Unglaub's deposition is necessary at this time.

The government may also move for further time to depose Robert Terifay, a former Regeneron employee, who testified for approximately 3.5 hours on March 1, 2022. The government may do so in connection with a forthcoming motion to compel Regeneron's interview of Mr. Terifay prior to the filing of this lawsuit.

The parties have agreed that neither party is seeking any additional depositions beyond those described above.

**Adjustments to the Schedule**

The parties jointly request that the Court extend the deadline to complete fact discovery for the limited purposes of (i) allowing completion of the depositions described above and any additional Rule 30(b)(6) deposition that Regeneron is permitted to take if the government's motion for protective order is denied; (ii) permitting the parties to file any motions to compel on

or before one week following the last deposition in fact discovery, subject to the terms of the Scheduling Order, including Procedural Provision, Paragraph 2; and (iii) permitting the parties to amend written discovery responses on or before one week following the last deposition in fact discovery, subject to the terms of the Scheduling Order, including Procedural Provision, Paragraph 2.

The parties agree that there is no need to adjust the remaining deadlines in the Court's existing schedule for this case.

| | |
|---|---|
| Dated: March 11, 2022 | Respectfully submitted, |
| RACHAEL S. ROLLINS<br>United States Attorney | REGENERON PHARMACEUTICALS, INC.<br>By its attorneys, |
| /s/ Abraham George<br>EVAN D. PANICH<br>LINDSEY ROSS<br>ABRAHAM R. GEORGE<br>CHARLES B. WEINOGRAD<br>Assistant United States Attorneys<br>John J. Moakley United States Courthouse<br>1 Courthouse Way<br>U.S. Attorney's Office, Suite 9200<br>Boston, MA 02210<br>Phone: (617) 748-3100<br>evan.panich@usdoj.gov<br>lindsey.ross@usdoj.gov<br>abraham.george@usdoj.gov<br>charles.weinograd@usdoj.gov | /s/ Richard Scheff<br>RICHARD SCHEFF<br>CARRIE S. LOVE (admitted *pro hac vice*)<br>KATHARINE LADD (admitted *pro hac vice*)<br>Armstrong Teasdale, LLP<br>2005 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Phone: (267) 780-2000<br>rscheff@atllp.com<br>kladd@atllp.com<br><br>ALEC P. HARRIS (admitted *pro hac vice*)<br>Armstrong Teasdale, LLP<br>4643 South Ulster Street, Suite 800<br>Denver, CO 80237<br>Phone: 720-200-0676<br>aharris@atllp.com<br><br>BRIEN T. O'CONNOR<br>JOHN P. BUEKER<br>Ropes & Gray LLP<br>800 Boylston Street<br>Boston, MA 02199<br>Phone: (617) 951-7000<br>Brien.O'Connor@ropesgray.com<br>John.Bueker@ropesgray.com |

121421905_5