UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 20-cv-11217-FDS |
| v. ) | |
| ) | |
| REGENERON PHARMACEUTICALS, INC., ) | |
| ) | |
| *Defendant.* ) | |

**JOINT STATUS REPORT AND MOTION FOR EXTENSION**
**OF TIME TO COMPLETE FACT DISCOVERY**

The parties jointly submit this brief status report and motion for an extension of time in advance of the conference scheduled for Thursday, April 14, at 3:30 p.m., to assist the Court with understanding the current status and likely timing of the remaining discovery.

**Pending Motions**

Magistrate Judge Dein has scheduled a hearing on the following two motions for April 13 at 2:30 p.m.:

1. Regeneron's Motion to Determine the Sufficiency of the United States' Responses to Requests for Admission or, in the Alternative, for Leave to Serve Five Revised Requests for Admission. *See* ECF Nos. 105 (Mot.), 106 (Supporting Mem.), 114 (Opp'n), and 130 (Reply).

2. United States' Motion for a Protective Order Quashing Certain Topics of Defendant's Notice of Deposition under Fed. R. Civ. P. 30(b)(6). *See* ECF Nos. 127 (Mot.), 128 (Supporting Mem.), and 134 (Opp'n).

1

If the Court denies the United States' Motion for Protective Order, then the parties will need to schedule time for Regeneron to depose a representative witness on the eleven Rule 30(b)(6) deposition topics at issue in that motion.

**Remaining Depositions**

Since the parties' last Joint Status Report on March 11, 2022, the parties have continued to make progress on the outstanding depositions. The government has two depositions left to take. Beth Holly's deposition had to be rescheduled; it is now scheduled for April 19. The government also will take Lathrop Nelson's deposition, which will be scheduled in short order. Regeneron will take Gregg Shapiro's deposition, which had been scheduled for April 12, but also had to be rescheduled; it is now scheduled for April 20. The need for the depositions of both Mr. Nelson and Mr. Shapiro arose based on discussions between the parties since the filing of the last Joint Status Report. Neither party anticipates taking a deposition that is not already noticed. The government, however, will likely move to compel production of a memorandum and notes related to Regeneron's December 2017 interview of Robert Terifay, a former Regeneron executive, and to reopen his deposition. In addition, Mr. Terifay's deposition only lasted 3.5 hours (over the government's objection), and the government may move to reopen that deposition even if it does not prevail on its motion to compel. Regeneron opposes the reopening of Mr. Terifay's deposition.

**Adjustments to the Schedule**

The parties jointly request that the Court extend the deadline to complete fact discovery through April 29, 2022 for the limited purposes of (i) allowing completion of the depositions described above; and (ii) permitting the parties to file any motions to compel on or before one

week following the last deposition in fact discovery, subject to the terms of the Scheduling Order, including Procedural Provision, Paragraph 2.

The parties further request in the event the Court denies the government's motion for protective order concerning Regeneron's Rule 30(b)(6) deposition of the United States or permits further deposition of Robert Terifay, the Court allow them additional time to complete that fact discovery.

The parties agree that there is no need to adjust the remaining deadlines in the Court's existing schedule for this case.

WHEREFORE, the parties request the Court extend the time to complete fact discovery in accordance with the above. A proposed order accompanies this motion.

| | |
|---|---|
| Dated: April 11, 2022 | Respectfully submitted, |
| RACHAEL S. ROLLINS<br>United States Attorney | REGENERON PHARMACEUTICALS, INC.<br>By its attorneys, |
| */s/ Abraham R. George*<br>ABRAHAM R. GEORGE<br>EVAN D. PANICH<br>LINDSEY ROSS<br>CHARLES B. WEINOGRAD<br>Assistant United States Attorneys<br>John J. Moakley United States Courthouse<br>1 Courthouse Way<br>U.S. Attorney's Office, Suite 9200<br>Boston, MA 02210<br>Phone: (617) 748-3100<br>evan.panich@usdoj.gov<br>lindsey.ross@usdoj.gov<br>abraham.george@usdoj.gov<br>charles.weinograd@usdoj.gov | */s/ Richard Scheff*<br>RICHARD SCHEFF<br>CARRIE S. LOVE (admitted *pro hac vice*)<br>KATHARINE LADD (admitted *pro hac vice*)<br>Armstrong Teasdale, LLP<br>2005 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Phone: (267) 780-2000<br>rscheff@atllp.com<br>clove@atllp.com<br>kladd@atllp.com<br><br>ALEC P. HARRIS (admitted *pro hac vice*)<br>Armstrong Teasdale, LLP<br>4643 South Ulster Street, Suite 800<br>Denver, CO 80237<br>Phone: 720-200-0676<br>aharris@atllp.com<br><br>BRIEN T. O'CONNOR<br>JOHN P. BUEKER<br>Ropes & Gray LLP<br>800 Boylston Street<br>Boston, MA 02199<br>Phone: (617) 951-7000<br>Brien.O'Connor@ropesgray.com<br>John.Bueker@ropesgray.com |