**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>    *Plaintiff,*                              )<br>                                                    )      **No. 20-cv-11217-FDS**<br>    v.                                           )<br>                                                    )<br>REGENERON PHARMACEUTICALS, INC.,  )<br>                                                    )<br>    *Defendant.*                           )<br>_____)  | |

**ORDER**

Upon consideration of the parties' Joint Status Report and Motion for an Extension of Time to Complete Fact Discovery, it is

**ORDERED** that the deadline to complete fact discovery is extended through and until April 29, 2022 to allow the parties to complete the outstanding depositions referenced in the parties' Joint Status Report;

**IT IS FURTHER ORDERED** that the deadline for fact discovery is extended to allow the parties to file any motions to compel on or before one week following the last deposition in fact discovery, subject to the terms of the Scheduling Order, including Procedural Provision, Paragraph 2; and

**AND IT IS FURTHER ORDERED** that in the event the Court denies the government's motion for protective order concerning Regeneron's Rule 30(b)(6) deposition of the United States or permits further deposition of Robert Terifay, the Parties shall have additional time to complete that fact discovery.

IT IS SO ORDERED, this  12  day of ____April_____, 2022

/s/ F. Dennis Saylor, IV
THE HONORABLE F. DENNIS SAYLOR
CHIEF UNITED STATES DISTRICT JUDGE