UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>    Defendant. | No. 1:20-cv-11217-FDS |

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Since the last status conference, the Parties have been working diligently and cooperatively to complete expert discovery. Regeneron has made two of its four expert witnesses available for deposition, and the other two are scheduled for deposition on October 7, 2022 and October 12, 2022. The Parties have met and conferred concerning plans to present rebuttal experts and the timing for doing so. As a result, the Parties jointly request a two-month extension of the current schedule in this case to complete expert discovery in an orderly manner and to allow for the presentation of summary judgment motions at an appropriate juncture in the schedule. More specifically, the Parties jointly request that the Court enter the following modifications to the existing scheduling order:

    1.    The United States may submit expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii) solely to contradict or rebut evidence on the same subject matter identified by Professor Chandra or Dr. Jena on or before October 24, 2022; by Dr. Kiss on or before November 7, 2022; or Mr. Resnick on or before November 14, 2022.

    2.    The United States will make any rebuttal expert available for deposition within thirty (30) days of serving the expert's disclosure. The deposition of any witness who Regeneron

has previously deposed shall be limited to three hours and thirty minutes.  The presumptive seven hour time limit shall apply to the deposition of any new expert the United States might disclose.

3. If Regeneron seeks leave of Court to make a sur-rebuttal report, it will do so within thirty (30) days of receiving the United States' rebuttal disclosure on the subject and any sur-rebuttal disclosure will be due within thirty (30) days of the United States' expert's deposition on the particular subject.  The United States will not oppose a request by Regeneron for leave to file a sur-rebuttal report solely to contradict or rebut evidence on the same subject matter identified by one of the United States' rebuttal experts.  If Regeneron makes any sur-rebuttal disclosure, the Parties will meet and confer in good faith about a deposition of the expert making the disclosure, keeping in mind the time limitations set forth in Paragraph 2 above.

4. The deadline for filing summary judgment motions shall be December 21, 2022.  Oppositions to any motion for summary judgment shall be due January 31, 2023, and replies may be filed by February 10, 2023.

The Parties would be happy to discuss this proposed modification of the schedule with the Court during the status conference scheduled for Monday, October 3, 2022.

Respectfully submitted,

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC. | RACHAEL S. ROLLINS<br>United States Attorney |

/s/ *John P. Bueker*
John P. Bueker (BBO # 636435)
Brien T. O'Connor (BBO # 546767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050
John.Bueker@ropesgray.com
Brien.O'Connor@ropesgray.com

*/s/  Richard L. Scheff*
Richard L. Scheff (BBO # 445130)
Carrie S. Love  (*admitted pro hac vice*)
Katharine Ladd (*admitted pro hac vice*)
ARMSTRONG TEASDALE LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone:  (267) 780-2000
Facsimile:  (215) 405-9070
rlscheff@atllp.com
clove@atllp.com
kladd@atllp.com

Alec P. Harris (*admitted pro hac vice*)
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Ste. 800
Denver, CO 80237
Phone: 720-200-0676
aharris@atllp.com

Dated:  September 30, 2022

*/s/ Abraham R. George*
CHARLES B. WEINOGRAD
EVAN D. PANICH
ABRAHAM R. GEORGE
LINDSEY ROSS
Assistant United States Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
charles.weinograd@usdoj.gov
evan.panich@usdoj.gov
abraham.george@usdoj.gov
lindsey.ross@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 30, 2022.

                              /s/ John P. Bueker