UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br> Defendant. | Civil Action No. 1:20-cv-11217-FDS |

**NOTICE OF WITHDRAWAL OF MOTION TO MODIFY IMPOUNDMENT ORDERS**

PLEASE TAKE NOTICE THAT Defendant Regeneron Pharmaceuticals, Inc., by and through its undersigned counsel, hereby withdraws the Motion to Modify Impoundment Orders filed on April 10, 2023 at Dkt. No. 269.

Dated: April 18, 2023

Respectfully submitted,

Counsel for Defendant

/s/ Richard L. Scheff
Richard L. Scheff (BBO #445130)
Carrie S. Love (admitted *pro hac vice*)
Katharine Ladd (admitted *pro hac vice*)
ARMSTRONG TEASDALE
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: (267) 780-2000
Facsimile: (215) 405-9070
rlscheff@atllp.com
clove@atllp.com
kladd@atllp.com

/s/ John P. Bueker
Brien T. O'Connor (BBO #546767)
John P. Bueker
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Brien.O'Connor@ropesgray.com
John.Bueker@ropesgray.com

| | |
|---|---|
| Alec P. Harris (admitted *pro hac vice*) | Samantha B. Badlam (admitted *pro hac vice*) |
| ARMSTRONG TEASDALE LLP | ROPES & GRAY LLP |
| 4643 S. Ulster St., Ste. 800 | 2099 Pennsylvania Avenue, NW |
| Denver, CO 80237 | Washington, DC 20006 |
| Phone: 720-200-0676 | Telephone: (202) 508-4600 |
| aharris@atllp.com | Facsimile: (202) 508-4650 |
| | Samantha.Badlam@ropesgray.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on April 18, 2023.

/s/ *Richard L. Scheff*
Richard L. Scheff (BBO # 445130)