## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|  ) | |
| *Plaintiff,* ) | |
|  ) | No. 20-cv-11217-FDS |
| v. ) | |
|  ) | |
| REGENERON PHARMACEUTICALS, INC., ) | |
|  ) | |
| *Defendant.* ) | |

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE REPLY
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron"), through undersigned counsel, respectfully moves for an extension of time to file its Reply in Support of Regeneron's Motion for Summary Judgment from April 28, 2023 to May 8, 2023. As grounds for this Motion, Regeneron states as follows:

1. On January 31, 2023, Regeneron filed its Motion for Summary Judgment and Memorandum in Support. ECF Nos. 245, 246, 247.

2. On April 14, 2023, the United States filed its Opposition to Regeneron's Motion for Summary Judgment. ECF Nos. 274, 275.

3. Pursuant to the Court's Order dated December 15, 2022, ECF No. 217, Regeneron currently has until April 28, 2023 (*i.e.*, fourteen days) to file its Reply in Support of its Motion for Summary Judgment.

4. Due to scheduling conflicts with Regeneron's case team, undersigned counsel respectfully requests that the Court extend the deadline for Regeneron to file its Reply in Support by nine days, through and until May 8, 2023.

5.  The United States, through counsel, does not oppose this motion for an extension of time.

6.  In light of the above, Regeneron respectfully submits that there is good cause for the requested extension.

**WHEREFORE**, Regeneron respectfully requests the Court extend the time for it to file its Reply in Support of its Motion for Summary Judgement to May 8, 2023.

Dated:  April 18, 2023                                          Respectfully submitted,

Counsel for Defendant

/s/ *Richard L. Scheff*                                          /s/ *John P. Bueker*
Richard L. Scheff (BBO # 445130)                John P. Bueker (BBO # 636435)
Carrie S. Love (admitted *pro hac vice*)        Brien T. O'Connor (BBO # 546767)
Katherine Ladd (admitted *pro hac vice*)     ROPES & GRAY LLP
ARMSTRONG TEASDALE                              Prudential Tower
2005 Market Street                                         800 Boylston Street
29th Floor, One Commerce Square             Boston, MA 02199
Philadelphia, PA 19103                                  Telephone: (617) 951-7000
Telephone: (267) 780-2000                          Facsimile: (617) 951-7050
Facsimile: (215) 405-9070                             John.Bueker@ropesgray.com
rlscheff@atllp.com                                         Brien.O'Connor@ropesgray.com
clove@atllp.com
kladd@atllp.com                                             Samantha B. Badlam (admitted *pro hac vice*)
                                                                         ROPES & GRAY LLP
Alec P. Harris (admitted *pro hac vice*)         2099 Pennsylvania Avenue, NW
ARMSTRONG TEASDALE                              Washington, DC 20006
4643 S. Ulster St., Ste. 800                            Telephone: (202) 508-4600
Telephone: (720) 200-0676                          Facsimile: (202) 508-4650
Facsimile: (720)200-0679                             Samantha.Badlam@ropesgray.com
aharris@atllp.com

Paul D. Clement (admitted *pro hac vice*)
Matthew D. Rowan (admitted *pro hac vice*)
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314

Telephone: (202) 742-89000
paul.clement@clementmurphy.com
matthew.rowan@clementmurphy.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Richard L. Scheff, counsel for Defendant Regeneron Pharmaceuticals, Inc., certify pursuant to Local Rule 7.1(a)(2) that counsel for Regeneron conferred with counsel for the United States regarding the foregoing Motion in an attempt to resolve or narrow the issues contained herein. The United States does not oppose the relief requested herein.

>   */s/ Richard L. Scheff*
>   Richard L. Scheff (BBO #445130)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via electronic mail on April 18, 2023.

/s/ *Richard L. Scheff*
Richard L. Scheff (BBO # 445130)