UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )     Civil Action No.<br>v.  )     20-11217-FDS<br>  )<br>REGENERON PHARMACEUTICALS,  )<br>INC.,  )<br>  )<br>Defendant.  )<br>  ) | |

## ORDER ON MOTIONS TO STRIKE

**SAYLOR, C.J.**

The government has moved to strike the December 8, 2022 declaration of Charles Moorman, a CDF employee, pursuant to Fed. R. Civ. P. 37(c)(1). It contends that Regeneron was obligated, but failed, to produce his declaration to the government in a timely manner.[1] The government asserts that Regeneron should therefore be precluded from relying on that evidence, including in the surrebuttal report of its expert, Peter Resnick. Regeneron has opposed the motion, contending that its disclosure was timely and reasonable, and that to the extent there was any delay, it was substantially justified and harmless.

For its part, Regeneron has moved to strike the March 8, 2023 declaration of Dennis Regan, a government expert, pursuant to Fed. R. Civ. P. 37(c)(1), contending that his declaration

---

[1] The Moorman declaration was submitted on January 31, 2023, as an exhibit to Regeneron's statement of facts in support of its motion for summary judgment. (*See* Docket No. 247, Ex. 40).

contains new conclusions and analysis not contained anywhere in his earlier expert reports.[2] Regeneron asserts that the government should be precluded from relying on that evidence in support of its motion for partial summary judgment or in any future proceedings. The government has opposed the motion, contending that the Regan declaration does not offer new opinions, but "merely provides subsidiary details . . . in order to provide context" on a single datapoint.

For present purposes, the Court will deny both motions without prejudice as moot. The Court did not rely on the Moorman or Regan declarations in deciding the parties' summary judgment motions. The government's motion to strike (Docket No. 272) and Regeneron's motion to strike (Docket No. 302) are DENIED without prejudice to their renewal at a later stage of the proceedings. The Court takes no position at this time as to issues raised concerning the use of the challenged declarations in connection with expert testimony at the trial or for any other purposes.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated: September 27, 2023

---

[2] The Regan declaration was submitted as an exhibit to the government's reply to Regeneron's additional facts. (*See* Docket No. 267, Ex. 10). The government also cited the Regan declaration in its reply in support of its motion for partial summary judgment. (*See* Docket No. 266).