```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS



  UNITED STATES OF AMERICA,           )
                                      )
                  Plaintiff           )  Civil Action
                                      )
                                      )  No. 20-11217-FDS
  vs.                                 )
                                      )
  REGENERON PHARMACEUTICALS,          )
  INC.,                               )
                  Defendant



  BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV


             STATUS CONFERENCE CONDUCTED BY ZOOM




         John Joseph Moakley United States Courthouse
                        1 Courthouse Way
                      Courtroom Number 10
                        Boston, MA 02210


                       December 20, 2023
                          2:00 p.m.





                  Valerie A. O'Hara, FCRR, RPR
                      Official Court Reporter
         John Joseph Moakley United States Courthouse
                        1 Courthouse Way
                        Boston, MA 02210
                    E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES VIA ZOOM:

 2   For The United States of America:

 3        United States Attorney's Office, by ABRAHAM R. GEORGE,
     ASSISTANT UNITED STATES ATTORNEY, and CHARLES B. WEINOGRAD,
 4   ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
     Boston, Massachusetts 02210;
 5
     For the Defendant:
 6
          Faegre Drinker Biddle & Reath LLP, RICHARD L. SCHEFF,
 7   ESQ., and KATHARINE M. LADD, ATTORNEY,
     One Logan Square 2000, Philadelphia, Pennsylvania 19103;
 8
          Faegre Drinker Biddle & Reath LLP, by ALEC P. HARRIS,
 9   ESQ., 1144 15th Street, Suite 3400, Denver, Colorado 80202;

10        Ropes & Gray, by JOHN P. BUEKER, ESQ., and BRIEN T.
     O'CONNOR, ESQ., Prudential Tower, 800 Boylston Street,
11   Boston, Massachusetts 02199-3600.

12        Paul, Weiss, Rifkind, Wharton & Garrison LLP, by
     H. CHRISTOPHER BOEHNING, ESQ., and THEODORE V. WELLS, JR.,
13   ESQ., 1285 Avenue of the Americas, New York,
     New York 10019-6064.
14

15

16

17

18

19

20

21

22

23

24

25
```

```
                            PROCEEDINGS
          THE CLERK:  Court is now in session in the matter of
United States vs. Regeneron Pharmaceuticals, Matter Number
20-11217.
          Participants are reminded that photographing,
recording or rebroadcasting of this hearing is prohibited and
may result in sanctions.
          Would counsel please identify themselves for the
record, starting with the government.
          MR. GEORGE:  Good afternoon, your Honor, this is
Abraham George with the United States and Charles Weinograd
also for the United States.
          THE COURT:  Good afternoon.
          MR. SCHEFF:  Good afternoon, your Honor, it's
Richard Scheff along with my partners, Katharine Ladd, and
Alec Harris from Faegre Drinker; Brien O'Connor and John Bueker
from Ropes & Gray; and Ted Wells and Chris Boehning from
Paul Weiss representing Regeneron.
          THE COURT:  All right.  Good afternoon.  This is a
status conference in this case.  As you know, I had asked the
parties to discuss among yourselves and to consider whether or
not some discovery should occur during the period while the
interlocutory appeal is pending or whether we should, whether I
should adopt a discovery plan.
          I've read the submissions and thought about this some
```

|  |  |
|---|---|
| 1 | more, and to cut to the chase, I am going to throw in the |
| 2 | towel.  I'm not going to order that there be any discovery |
| 3 | while the interlocutory appeal is pending.  I'm convinced that |
| 4 | there's a substantial possibility that I'd be requiring the |
| 5 | parties to expend resources and money on things that might have |
| 6 | to be redone depending on how the Court of Appeals resolves the |
| 7 | issue, and I'm not sure that it even makes sense to adopt a |
| 8 | plan for what happens once the case comes back. |
| 9 | I appreciate the fact that the government did submit a |
| 02:03PM 10 | proposal, and it's probably going to be my starting point when |
| 11 | that time comes, but I am convinced that the possibility of a |
| 12 | waste of resources and waste of time outweighs any benefit. |
| 13 | (Phone ringing) |
| 14 | Sorry, it was Mr. George's boss calling, I will send |
| 15 | him a voice mail. |
| 16 | MR. GEORGE:  I won't tell him. |
| 17 | THE COURT:  Thank you.  I'm going to impound this |
| 18 | portion of the transcript, but, anyway, that's where we are.  I |
| 19 | can't say I'm happy about the delay, but it certainly makes |
| 02:04PM 20 | sense.  I did certify it and thought that the First Circuit |
| 21 | should look at it, which they've agreed to do. |
| 22 | I was delayed a couple of minutes because I looked at |
| 23 | their amended judgment today, which doesn't do much of |
| 24 | anything, so I wanted to make sure that I had read that before |
| 25 | we got seated, so that's where we are.  I don't know if there's |

1    anything to add to that except we will await their decision and
2    see where it goes.
3            I do have my job for life, so hopefully this case will
4    be resolved during that span of time, God willing, but there it
5    is, so the stay will continue.
6            All right.  Anything that you want to add or to
7    correct or object to, Mr. George?
8            MR. GEORGE:  No, nothing from the government, your
9    Honor, thank you.
02:05PM 10           THE COURT:  Mr. Scheff.
11           MR. SCHEFF:  No, thank you, happy holiday.
12           THE COURT:  The same to all of you, and we'll see
13   where we are.  I don't want to have any delay at all once the
14   decision comes down, and so if you could make sure that my
15   session is aware of it and we get a status conference scheduled
16   more or less immediately so that we can pick this up and see
17   where we go from there.
18           It could be at that point what we're going to do is
19   schedule a trial date, but it could be that we have to, you
02:05PM 20   know, have another round of discovery.  We'll see.  Okay.
21   Thank you, and have a happy holiday.
22           MR. GEORGE:  You, too, thank you, your Honor.
23           (Whereupon, the hearing was adjourned at 2:05 p.m.)
24
25

1          C E R T I F I C A T E

2

3    UNITED STATES DISTRICT COURT )

4    DISTRICT OF MASSACHUSETTS ) ss.

5    CITY OF BOSTON )

6         I do hereby certify that the foregoing transcript,

7    Pages 1 through 6 inclusive, was recorded by me

8    stenographically at the time and place aforesaid in

9    Civil Action No. 20-11217-FDS, UNITED STATES OF AMERICA vs.

10   REGENERON PHARMACEUTICALS, INC. and thereafter by me

11   Reduced to typewriting and is a true and accurate record

12   Of the proceedings.

13          Dated December 29, 2023.

14                    s/s Valerie A. O'Hara
                      _____
15                    VALERIE A. O'HARA
                      OFFICIAL COURT REPORTER
16

17

18

19

20

21

22

23

24

25