UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.<br><br>Defendants | No. 20-cv-11217-FDS |

### NOTICE OF WITHDRAWAL

Undersigned counsel hereby withdraws his appearance in this above-captioned matter. Assistant United States Attorneys Abraham R. George, Lindsey Ross, and Charles Weinograd will remain counsel for the United States.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 27, 2025    By:    /s/ Evan D. Panich
EVAN D. PANICH
Assistant United States Attorney